UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

**MICHAEL CHIASSON, TRUSTEE OF**     **CIVIL ACTION**
**THE ESTATE OF CHARIS HOSPITAL, L.L.C.**

**VERSUS**

**DAVID M. VAUGHN, ET AL**     **NO. 08-121-FJP-SCR**

## ORDER

Considering the Ex Parte Motion for Expedited Hearing on Motion in Limine;

IT IS ORDERED that the Court will determine if oral argument is required after reviewing all of the briefs from the parties.

IT IS FURTHER ORDERED that no deposition of Louis Phillips may be taken until the Court rules on the motion in limine.

IT IS FURTHER ORDERED that objections to the Motion in Limine shall be served upon Plaintiff's counsel and filed with the Court no later than November 5, 2008.  The parties are also advised that they may not voluntarily extend the time for discovery to be completed.  The Court must approve all extensions.

Baton Rouge, Louisiana, October 22, 2008.

FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA